# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall Samuel Sanders,<br><br>PLAINTIFF(S)/PETITIONER(S)<br>v.<br><br>Bank of America, N.A., et al.,<br><br>DEFENDANT(S)/RESPONDENTS(S) | CASE NUMBER<br><br>SACV 17-00673 JVS(DFMx)<br><br>**ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

28 U.S.C. Section 455(b)(4) - financial interest in a party

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 16-05.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

April 17, 2017
Date

*/s/ James V. Selna*
United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **Cormac J. Carney**. On all documents subsequently filed in this case, please substitute the initials **CJC** after the case number in place of the initials of the prior Judge so that the case number will read: **8:17-cv-00673-CJC (DFMx)**.

This is very important because documents are routed to the assigned Judge by means of the initials.

cc:  [X] Previous Judge    [ ] Statistics Clerk

CV-52 (10/16)         ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05