Marshall Samuel Sanders
Lydia Ong Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
Telephone: (714) 665-8012
E-mail: marshallssanders@yahoo.com

Marshall Samuel Sanders, *In Pro Per*
Lydia Ong Sanders, *In Pro Per*

FILED
2017 JUN 16 AM 9:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – ORANGE COUNTY

## RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE – SANTA ANA

| | |
|---|---|
| Marshall Samuel Sanders and Lydia Ong Sanders,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Bank of America, et al.,<br><br>　　　　Defendants. | Case No.: **SACV 17-00673-CJC(DFMx)**<br><br>The Honorable Cormac Carney presiding,<br><br>**PETITION FOR RECONSIDERATION** |

### TO THE HONORABLE COURT AND THE HONORABLE CORMAC CARNEY, AND ALL PARTIES:

 Plaintiffs humbly petition the Court for reconsideration of the Court's decision dismissing the above-referenced case, in part based upon the following unaddressed yet material issue, which if fully vented, Plaintiffs genuinely believe augers in favor of reversal of the Court's prior dismissal, and simultaneously exposes the wrongful foreclosure of two (2) different properties of the Sanders'.

  Both of the Sanders' properties were foreclosed by Defendants or their surrogates *after* Ms. Sanders' Chapter 11 reorganization petition had been filed, in the same breath rejected, but which rejection was subsequently **vacated** by the Ninth Circuit BAP on Due Process grounds; yet meanwhile, Ms. Sanders has been stripped of two (2) properties, her home and her former home, only by an act of defiance of the Bankruptcy Code's Automatic Stay by Bank of America using Wells Fargo Bank as a shield, a "company" well-known for stomping out people's rights, ignoring the law, and flagrantly victimizing the general public. Here now is Ms. Sanders, another victim of Wells Fargo Bank's cutthroat culture (*http://www.vanityfair.com/news/2017/05/wells-fargo-corporate-culture-fraud*). Wells Fargo Bank stole Ms. Sanders' home. In regard to Ms. Sanders' former home, Bank of America used PNC Bank as its shield to wrongly foreclose on Ms. Sanders.

  A $45,000,000.00 verdict in just such a case, **squarely on point** with Ms. Sanders' complaint, is **Sundquist v. Bank of America**, No. 10-35624, Adv. Proc. No. 14-02278 (United States Bankruptcy Court, E.D. California, Decided March 23, 2017), where as here, the Automatic Stay was offended. It is reversible error for this Court to fail to address this issue in any way.

  Failure to address a material issue prior to such a harsh result as to dismiss Plaintiffs' case is unconscionable, unjust, and a clear and present due process violation of Ms. Sanders' Federal and State substantive, procedural and prudential Constitutional due process rights. If for no other reason but for this reason only, Ms. Sanders must be afforded this Court's "position" if not another and different decision based upon the trampling of her rights by "creditor" Bank of America and/or Wells Fargo Bank and/or PNC Bank (all of whom are playing musical chairs with the Sanders' instruments of title, switching parties-in-interest without benefit of recording but also recording when it suits them) foreclosing upon her homes when **barred** to do so by the Automatic Stay of bankruptcy.

  The forfeiture of a home, not one but two, as in this case, is a worthy and weighty enough matter that for this Court to fail to address such an overarching issue with damning results to Ms. Sanders, crippling her financially, a thing her bankruptcy was supposed to address, but failed to do, must of dire necessity and in the interests of justice, specifically due process, be addressed by **this** Court.

  Therefore, Ms. Sanders begs the Court to fully and fairly discuss **why** the Court failed to recognize the Automatic Stay in this case, which in turn was offended when Bank of America/Wells Fargo Bank/PNC Bank foreclosed on Ms. Sanders' homes.

Plaintiffs respectfully urge the Court to GRANT their petition for reconsideration of the dismissals previously granted to the Defendants in this case, to vacate those dismissals, and to hold that there has been a grievous miscarriage of justice in that the Automatic Stay of bankruptcy has been offended by the acts of the bank Defendants and/or their agents **by design** and carried out to work a forfeiture upon Ms. Sanders, and Mr. Sanders, in that they have both been wrongly dispossessed of their lawful title to their homes by the bank Defendants' and/or their agents' intentional conduct in "selling" their properties at auction in foreclosure via trustee's sales, depriving the Sanders' of their private property; the bank Defendants and/or their fellow Defendant agents doing so maliciously, vindictively, and vengefully, intending to "destroy" the Sanders' and their family, financially, physically, and mentally, and they have succeeded.

Dated: 6/16/17

Submitted,

Marshall Samuel Sanders, Plaintiff

Lydia Ong Sanders, Plaintiff

## PROOF OF SERVICE

BY PERSONAL DELIVERY OR ELECTRONIC MAIL OR U.S. MAIL (PRECISE METHOD INDICATED NEXT TO JUDGE OR PARTY OR COUNSEL)

I, the undersigned, state that I am a citizen of the United States, a resident of the County of Orange, State of California, and that I am over the age of eighteen (18) years and not a party to the within cause; and that my residence address is 1621 Kensing Lane, Santa Ana, California 92705-3074.

I am readily familiar with the mailing practice in my neighborhood for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of daily affairs, correspondence is deposited with the United States Postal Service the same day it is submitted for mailing. On June 16, 2017, I served a true copy of:

## PETITION FOR RECONSIDERATION

upon:

**Hon. Cormac Joseph Carney, 411 W. Fourth St., Courtroom 9B, Santa Ana, CA 92701 (9th Floor bin outside elevator and through the Clerk's office), and upon**

**Adam Frederick Summerfield, McGuire Woods LLP, 1800 Century Park East, 8th Fl., Los Angeles, CA 90067-1501; asummerfield@mcguirewoods.com (via electronic mail) and upon**

**Cathy Lynn Granger, Wolfe & Wyman, LLP, 2301 Dupont Drive, Suite 300, Irvine, CA 92612-7531; clgranger@wolfewyman.com (via electronic mail).**

[XX] By Electronic Mail – serving the enclosed via e-mail transmission to each of the parties with an email address.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Santa Ana, California on June 16, 2017.

Starr Sanders