Name: _Marshall Sanders_
Address: _1621 Kensing Lane_
_Santa Ana, CA 92705-3074_
Phone Number: _(714) 665-8012_
E-mail Address: _marshallsanders@yahoo.com_
Pro Se

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 6 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _MLL_ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

_Marshall Samuel Sanders_
_and_
_Lydia Dag Sanders,_

_Bank of America, et al.,_
PLAINTIFF(S)

v.

DEFENDANT(S)

CASE NUMBER

_SACV 17-00673-CJC(DFM x)_

**APPLICATION FOR PERMISSION**
**FOR ELECTRONIC FILING**

RECEIVED BUT NOT FILED

JUN 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

As the (Plaintiff/Defendant) _Marshall Sanders_ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   ☒ A Computer with internet access.

   ☒ An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☒ A scanner to convert documents that are only in paper format into electronic files.

   ☒ A printer or copier to create required paper copies such as chambers copies.

   ☒ A word-processing program to create documents; and

   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: _6/16/17_          Signature: _____

CV-005 (12/15)          APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING