Marshall Samuel Sanders

Lydia Ong Sanders

1621 Kensing Lane

Santa Ana, CA 92705-3074

Telephone: (714) 665-8012

E-mail: marshallssanders@yahoo.com

Marshall Samuel Sanders, *In Pro Per*

Lydia Ong Sanders, *In Pro Per*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – ORANGE COUNTY

## RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE – SANTA ANA

| | |
|---|---|
| Marshall Samuel Sanders and Lydia Ong Sanders, | ) Case No.: **SACV 17-00673-CJC (DFMx)** ) |
| Plaintiffs, | ) The Honorable Cormac Carney presiding, ) |
| v. | ) **REQUEST FOR FURTHER EXTENSION** ) **OF TIME TO FILE FOR CAUSE** |
| Bank of America, et al., | ) ) |
| Defendants. | ) |

## TO THE HONORABLE COURT AND THE HONORABLE CORMAC CARNEY, AND ALL PARTIES:

The Court gave Plaintiffs until September 18, 2017 to file in accordance with the Court's prior Order a document(s) and exhibit(s) clarifying various points Plaintiff attempted to make in his Motion for Reconsideration. Regrettably, Plaintiff has been unable to so file, but genuinely believes that good cause exists for such failure.

On August 29, 2017, Plaintiffs were sued for unlawful detainer (see attached case summary for case no.: **30-2017-00940754-CL-UD-CJC** in the Orange County Superior Court). This has necessitated an extreme rush to find a place to live and arrange to move out of our home of over 14 years. Complicating matters is the fact that we have an adult disabled daughter, Starr, in the house and my wife, Lydia, is also disabled. She will be 80 years old and suffers from blood clots, glaucoma, diabetes, crippling arthritis, heart issues, and bouts with breast cancer, all for which medical treatment has failed. Further complicating matters is the fact that although we have earnestly tried to rent, having what cash we can muster in-hand, our prior bankruptcies nixed every chance to rent. No one will talk to us once we mention "bankruptcy," plus, the market is hot and no one needs us. All of this occurred subsequent to the Court granting the just-prior extension.

On September 6, 2017, a creditor that we listed in our Chapter 7 bankruptcy in 2010 (discharged), LBS Financial Credit Union ("LBS"), obtained a post-discharge Writ of Execution (illegal, *post-discharge*)(see attached Notice of Levy stemming from **Orange County Superior Court case no. 30-2012-00607896**). LBS levied our US Bank checking account. We were forced to close the account lest LBS get my wife's meager social security ($570), *and she is not even a party to the case*, leaving us no practical way to pay our ongoing obligations. Financial institutions are extremely strict about opening a new account for people that have declared bankruptcy. We are in that predicament.

Truly, we are very reluctant to ask the Court for this extension, because we want to get this matter behind us, not let it go on and on. However, "if" the Court ultimately agrees that Defendants have stepped on the Automatic Stay of bankruptcy, ignored the Automatic Stay, and whether in ignorance or on purpose foreclosed the Sanders' home (1621 Kensing Lane, Santa Ana) and their *former* home (2041 Iroquois, Tustin) representing critically needed rental income, then there is no choice but to go on, inasmuch as we have no place to go since no one will rent to us. If we fail to stop the unlawful detainer or obtain from this Court reconsideration that results in a finding that there has been a Stay Violation, then we as a family are in serious trouble, facing the real possibility that we will be living in our 1983 Plymouth out in the desert on public land, a thing we have been forced to do in the past.

We will not ask the Court for anything specifically or suggest anything in so far as an extension other than to present ourselves to the Court in faith seeking whatever remedy the Court may fashion. Our desire is to have whatever additional time the Court sees fit to grant.

Dated: 9/17/17

Marshall Samuel Sanders, Plaintiff

Lydia Ong Sanders, Plaintiff

Case Summary:

| Case Id: | 30-2017-00940754-CL-UD-CJC |
|---|---|
| Case Title: | WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBOR VIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 VS. MARSHALL S SANDERS |
| Case Type: | UNLAWFUL DETAINER - RESIDENTIAL |
| Filing Date: | 08/29/2017 |
| Category: | CIVIL - LIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 2587572 RECEIVED ON 08/29/2017 12:55:56 PM. | 08/29/2017 | | NV | |
| 2 | COMPLAINT FILED BY WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBOR VIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 ON 08/29/2017 | 08/29/2017 | | 14 pages | |
| 3 | CIVIL CASE COVER SHEET FILED BY WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBOR VIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 ON 08/29/2017 | 08/29/2017 | | 2 pages | |
| 4 | SUMMONS ISSUED AND FILED FILED BY WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBOR VIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 ON 08/29/2017 | 08/29/2017 | | 3 pages | |
| 5 | DECLARATION - OTHER FILED BY WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBOR VIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 ON 08/29/2017 | 08/29/2017 | | 4 pages | |
| 6 | DECLARATION - OTHER FILED BY WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBOR VIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 ON 08/29/2017 | 08/29/2017 | | 2 pages | |
| 7 | PAYMENT RECEIVED BY ONELEGAL FOR 171 - COMPLAINT OR OTHER 1ST PAPER <=$10K (UNLAWFUL DETAINER) IN THE AMOUNT OF 240.00, TRANSACTION NUMBER 12212303 AND RECEIPT NUMBER 12036003. | 08/29/2017 | | 1 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 8 | NOTICE THAT YOU HAVE BEEN SUED OC GENERATED | 08/29/2017 | | 2 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| MARSHALL S SANDERS | DEFENDANT | | 08/29/2017 | |
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON | PLAINTIFF | | 08/29/2017 | |
| NAIMAN LAW GROUP, PC | ATTORNEY | | 08/29/2017 | |
| LYDIA O SANDERS | DEFENDANT | | 08/29/2017 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Print this page

EJ-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* |
|---|
| After recording, return to:<br>KAREL ROCHA., SBN 212413<br>PRENOVOST, NORMANDIN, BERGH & DAWE<br>2122 NORTH BROADWAY, SUITE 200<br>SANTA ANA, CA 92706-2614<br>TEL NO.: 714-547-2444   FAX NO. *(optional)*: 714-835-2889<br>E-MAIL ADDRESS *(Optional)*: KRocha@pnbd.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: CENTRAL JUSTICE CENTER
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

FOR RECORDER'S USE ONLY

PLAINTIFF: LBS FINANCIAL CU, a California corporation

DEFENDANT: MARSHALL S. SANDERS aka MARSHALL SAMUEL SANDERS, an individual; et al.

LEVYING OFFICER *(Name and Address):*
ORANGE COUNTY SHERIFF'S
CIVIL DIVISION
909 N. MAIN STREET, SUITE 2
SANTA ANA, CA 92701

**NOTICE OF LEVY**
under Writ of   [X] Execution (Money Judgment)   [ ] Sale

LEVYING OFFICER FILE NO.:

COURT CASE NO.:
30-2012-00607896

TO THE PERSON NOTIFIED *(name)*: U.S. BANK

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
    a. Judgment debtor (name): MARSHALL S. SANDERS aka MARSHALL SAMUEL SANDERS, an individual
    b. The property to be levied upon is described
        [ ] in the accompanying writ of possession or writ of sale.
        [X] as follows: LEVY UPON ANY AND ALL CHECKING ACCOUNTS, SAVINGS ACCOUNTS, CERTIFICATES OF DEPOSITS, OR ANY OTHER ACCOUNTS, HELD IN THE NAME OF, MARSHALL S. SANDERS aka MARSHALL SAMUEL SANDERS, an individual, SSN: 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.

2. The amount necessary to satisfy the judgment creditor's judgment is:
    a. Total amount due (less partial satisfactions) .................................................. $ 30,779.90
    b. Levy fee ............................................................................................................. $ 40.00
    c. Sheriff's disbursement fee ................................................................................ $ 12.00
    d. Recoverable costs ............................................................................................ $ 0.00
    e. Total *(a through d)* ........................................................................................... $ 30,831.90
    f. Daily interest .................................................................................................... $ 6.62

3. You are notified as
    a. [ ] a judgment debtor.
    b. [X] a person other than the judgment debtor *(state capacity in which person is notified):*
        THIRD PARTY FINANCIAL INSTITUTION HOLDING FUNDS OR ASSETS.
    *(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

---

Notice of Levy was
[X] mailed on *(date)*: 9/6/17
[ ] delivered on *(date)*:
[ ] posted on *(date)*:
[ ] filed on *(date)*:
[ ] recorded on *(date)*:

Date: 9/6/17

James Goodwin
(TYPE OR PRINT NAME)
[ ] Levying officer   [X] Registered process server

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>EJ-150 [Rev. July 1, 2014] | CEB Essential Forms<br>ceb.com | **NOTICE OF LEVY**<br>(Enforcement of Judgment) | Code of Civil Procedure, § 699.540<br>8381.0784 |

| SHORT TITLE: LBS v. SANDERS | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 30-2012-00607896 |
|---|---|---|

## - INFORMATION FOR JUDGMENT DEBTOR -

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. You may claim any available exemption for your property. A list of exemptions is attached. If you wish to claim an exemption for personal property, you must do so within 10 days after this notice was delivered to you or 15 days after this notice was mailed to you by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. If you do not claim the exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.

3. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

4. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

5. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

6. All sales at an execution sale are final; there is no right of redemption.

## - INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR -

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to sections 720.010-720.800 of the Code of Civil Procedure.

4. Make checks payable to the levying officer.

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| KAREL ROCHA., SBN 212413<br>PRENOVOST, NORMANDIN, BERGH & DAWE<br>2122 NORTH BROADWAY, SUITE 200<br>SANTA ANA, CA 92706-2614<br>TELEPHONE NO.: 714-547-2444   FAX NO.: 714-835-2889<br>E-MAIL ADDRESS: KRocha@pnbd.com<br>ATTORNEY FOR (Name): LBS FINANCIAL CU<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g). |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: CENTRAL JUSTICE CENTER
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: LBS FINANCIAL CU, a California corporation

DEFENDANT: MARSHALL S. SANDERS aka MARSHALL SAMUEL SANDERS, an individual; et al.

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[X] POSSESSION OF   [X] Personal Property<br>[ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>30-2012-00607896 |
|---|---|---|
| | [X] Limited Civil Case   [ ] Small Claims Case<br>[ ] Unlimited Civil Case   [ ] Other _____ | |

1. **To the Sheriff or Marshal of the County of:** ORANGE
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): LBS FINANCIAL CU, a California corporation
   is the [X] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity stated in judgment if not a natural person, and last known address):

   ┌─────────────────────────────────────┐
   │ MARSHALL S. SANDERS aka MARSHALL    │
   │ SAMUEL SANDERS, an individual       │
   │ 1621 KENSING LANE                   │
   │ SANTA ANA, CA 92705                 │
   │                                     │
   └─────────────────────────────────────┘

   [ ] Additional judgment debtors on next page
5. **Judgment entered on** (date): 10/28/14
6. [ ] **Judgment renewed on** (dates):
7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................................. $ 19,297.00
12. Costs after judgment (per filed order or memo CCP 685.090) .................. $ 4,871.00
13. Subtotal (add 11 and 12) ............... $ 24,168.00
14. Credits ............................................. $ 0.00
15. Subtotal (subtract 14 from 13) ....... $ 24,168.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) .. $ 6,586.90
17. Fee for issuance of writ ................. $ 25.00
18. Total (add 15, 16, and 17) .............. $ 30,779.90
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of .................. $ 6.62
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ........................ $ 0.00
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

DAVID H. YAMASAKI, Clerk of the Court
Issued on (date): 08/23/2017   Clerk, by _____ Amy Allen , Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]
CEB® Essential Forms
ceb.com

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

8381.0784

|  |  |
|---|---|
| PLAINTIFF: LBS FINANCIAL CU, a California corporation | EJ-130 |
| DEFENDANT: MARSHALL S. SANDERS aka MARSHALL | CASE NUMBER: 30-2012-00607896 |

—Items continued from page 1—

21. ☐ Additional judgment debtor *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

22. ☐ Notice of sale has been requested by *(name and address):*

23. ☐ Joint debtor was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☒ *(Writ of Possession or Writ of Sale)* Judgment was entered for the following:
   a. ☐ Possession of real property: The complaint was filed on *(date):*
      *(Check (1) or (2)):*
      (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
         The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
         (a) $ 0.00 was the daily rental value on the date the complaint was filed.
         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
   b. ☒ Possession of personal property.
      ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. Description of property: 2008 PONTIAC SOLSTICE, VIN No. 1G2MG35X08Y104736

---

**NOTICE TO PERSON SERVED**

**WRIT OF EXECUTION OR SALE.** Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
**WRIT OF POSSESSION OF PERSONAL PROPERTY.** If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
**WRIT OF POSSESSION OF REAL PROPERTY.** If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

EJ-130 [Rev. January 1, 2012]   **WRIT OF EXECUTION**   Page 2 of 2

## PROOF OF SERVICE

BY PERSONAL DELIVERY OR ELECTRONIC MAIL OR U.S. MAIL (PRECISE METHOD INDICATED NEXT TO JUDGE OR PARTY OR COUNSEL)

I, the undersigned, state that I am a citizen of the United States, a resident of the County of Orange, State of California, and that I am over the age of eighteen (18) years and not a party to the within cause; and that my residence address is 1621 Kensing Lane, Santa Ana, California 92705-3074.

I am readily familiar with the mailing practice in my neighborhood for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of daily affairs, correspondence is deposited with the United States Postal Service the same day it is submitted for mailing. On September 17, 2017, I served a true copy of:

### REQUEST FOR FURTHER EXTENSION OF TIME TO FILE FOR CAUSE

upon:

**Hon. Cormac Joseph Carney, 411 W. Fourth St., Courtroom 9B, 9th Floor, Santa Ana, CA 92701; cjc_chambers@cacd.uscourts.gov**

**Adam Frederick Summerfield, McGuire Woods LLP, 1800 Century Park East, 8th Fl., Los Angeles, CA 90067-1501; asummerfield@mcguirewoods.com (via electronic mail) and upon**

**Cathy Lynn Granger, Wolfe & Wyman, LLP, 2301 Dupont Drive, Suite 300, Irvine, CA 92612-7531; clgranger@wolfewyman.com (via electronic mail).**

[XX] By Electronic Mail – serving the enclosed via e-mail transmission to each of the parties with an email address.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Santa Ana, California on September 17, 2017.

_____
Starr Sanders