UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SACV 17-00673-CJC | Date | October 3, 2017 |
|---|---|---|---|
| Title | Marshall Samuel Sanders v. Bank of America, N.A. et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                     None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S REQUEST FOR RECONSIDERATION [25]**

    The Court is in receipt of Plaintiff's Request for Reconsideration [25]. The Court hereby sets a briefing and hearing schedule as follows:

- Defendant's Opposition to be filed no later than: **October 9, 2017;**

- Plaintiff's Reply to be filed no later than: **October 16, 2017;**

- Hearing on Plaintiff's Request for Reconsideration: **Monday, October 30, 2017 at 1:30 p.m.**

    -  :  -

Initials of Deputy Clerk    mku

cc: