**Cathy L. Granger (SBN 156453)**
clgranger@wolfewyman.com
**WOLFE & WYMAN LLP**
2301 Dupont Drive, Suite 300
Irvine, CA 92612-7531
Telephone:  (949) 475-9200
Facsimile:   (949) 475-9203

Attorneys for Defendant
PNC BANK, N.A. (erroneously sued as PNC BANK),
individually and d/b/a PNC MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL SAMUEL SANDERS, TRUSTEE, OF THE SANDERS TRUST, UTD 4/20/90,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, PNC BANK, PNC MORTGAGE, CLEAR RECON, ALDRIDGE PITE, STOX POSTING AND PUBLISHING AND DOES 1-100,<br><br>    Defendants. | Case No.: 8:17-cv-00673-CJC-DFMx<br><br>**REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PETITION FOR RECONSIDERATION**<br><br>Date:            October 30, 2017<br>Time:           1:30 p.m.<br>Courtroom:   9B<br><br>Hon. Cormac J. Carney<br>Action Filed:  March 2, 2017 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Defendant PNC BANK, N.A. hereby requests that the Court take judicial notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence, in opposition to Plaintiff's Petition for Reconsideration of order dismissing case:

1.   A Deed of Trust recorded in the Official Records of Orange County on June 25, 2003 as instrument number 2003000739489; a copy is attached hereto as **Exhibit 1.**

2.   A Deed of Trust recorded in the Official Records of Orange County on

January 5, 2007 as instrument number 2007000008779; a copy is attached hereto as **Exhibit 2.**

3. A Trustee's Deed Upon Sale recorded in the Official Records of Orange County on September 30, 2015 as instrument number 2015000500558; a copy is attached hereto as **Exhibit 3.**

4. A Trustee's Deed Upon Sale recorded in the Official Records of Orange County on March 17, 2017 as instrument number 2017000109878; a copy is attached hereto as **Exhibit 4.**

5. A Notice of Dismissal With Restriction Against Debtor's Re-Filing filed on September 22, 2015 in the United States Bankruptcy Court, Central District of California case no. 8:15-bk-14615-TA; a copy is attached hereto as **Exhibit 5.**

6. Judgment on appeal filed on July 15, 2016 in the United States Bankruptcy Appellate Panel of the Ninth Circuit in case no. 8:15-bk-14615-TA; a copy is attached hereto as **Exhibit 6.**

7. Voluntary Petition for Individuals Filing Bankruptcy (exclusive of schedules) filed on December 7, 2016 in the United States Bankruptcy Court, Central District of California case no. 8:16-bk-14984-ES; a copy is attached hereto as **Exhibit 7.**

8. Order and Notice of Dismissal Arising From Chapter 13 Confirmation Hearing filed on February 23, 2017 in the United States Bankruptcy Court, Central District of California case no. 8:16-bk-14984-ES; a copy is attached hereto as **Exhibit 8.**

9. Order After Hearing Dismissing Case With a 180-Day Bar filed on May 23, 2017 in the United States Bankruptcy Court, Central District of California case no. 8:15-bk-14615-TA; a copy is attached hereto as **Exhibit 9.**

DATED: October 9, 2017          WOLFE & WYMAN LLP

By: : ___*/s/ Cathy L. Granger*___

2

**REQUEST FOR JUDICIAL NOTICE IN OPP. TO PETITION FOR RECONSIDERATION**

| | |
|---|---|
| 1 | |
| 2 | CATHY L GRANGER |
| 3 | Attorneys for Defendant<br>**PNC BANK, N.A. (erroneously sued herein as PNC BANK), individually and d/b/a PNC MORTGAGE** |

3

**REQUEST FOR JUDICIAL NOTICE IN OPP. TO PETITION FOR RECONSIDERATION**

2865832.1