**Cathy L. Granger (SBN 156453)**
*clgranger@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2301 Dupont Drive, Suite 300**
**Irvine, CA 92612-7531**
**Telephone: (949) 475-9200**
**Facsimile: (949) 475-9203**

**Attorneys for Defendant**
**PNC BANK, N.A. (erroneously sued as PNC BANK),**
**individually and d/b/a PNC MORTGAGE**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL SAMUEL SANDERS, TRUSTEE, OF THE SANDERS TRUST, UTD 4/20/90,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, PNC BANK, PNC MORTGAGE, CLEAR RECON, ALDRIDGE PITE, STOX POSTING AND PUBLISHING AND DOES 1-100,<br><br>    Defendants. | Case No.: 8:17-cv-00673-CJC-DFMx<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Hon. Cormac J. Carney<br>Action Filed: March 2, 2017 |

I, Yvonne M. Bravo, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612, which is located in the city, county and state where the mailing described took place:

On October 9, 2017, I deposited in the United States Mail at Irvine, California, copies of the following documents:

1. **OPPOSITION TO PLAINTIFF'S PETITION FOR RECONSIDERATION**
2. **REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PETITION FOR RECONSIDERATION**

1

**CERTIFICATE OF SERVICE**

2723505.1

1    I served the interested parties in this action not registered with the Court's CM/ECF, via U.S.

2  Mail to the following address:

3  **Marshall Sanders**
**Trustee of the Sanders Trust UTD 4/20/90**
4  **1621 Kensing Lane**
**Santa Ana, CA 92705-3074**
5

6  **Tele: (714) 655-8012**
**E-Mail: marshallsanders@yahoo.com**
7  *Plaintiff In Pro Per*

8

9    I declare under penalty of perjury under the laws of the State of California that the foregoing

10  is true and correct.

11    Executed on October 9, 2017 at Irvine, California.

12

13

14    By:  */s/ Yvonne M. Bravo*
          YVONNE M. BRAVO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2
**CERTIFICATE OF SERVICE**

2723505.1