Marshall Samuel Sanders
Lydia Ong Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
Telephone: (714) 665-8012
E-mail: marshallssanders@yahoo.com

Marshall Samuel Sanders, *In Pro Per*
Lydia Ong Sanders, *In Pro Per*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – ORANGE COUNTY
## RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE – SANTA ANA

| | |
|---|---|
| Marshall Samuel Sanders and Lydia Ong Sanders, <br><br> Plaintiffs, <br><br> v. <br><br> Bank of America, et al., <br><br> Defendants. | Case No.: **SACV 17-00673-CJC (DFMx)** <br><br> The Honorable Cormac Carney presiding, <br><br> **PLAINTIFFS' REPLY TO DEFENDANT PNC BANK'S AD HOMINEM ATTACK; REQUEST TO STRIKE ALL REQUESTS FOR JUDICIAL NOTICE BUT FOR THE FACT OF RECORDING, NOT FOR THE MATTERS ASSERTED; AND REQUEST FOR ENTRY OF A DEFAULT JUDGMENT AGAINST BANK OF AMERICA FOR FAILURE TO RESPOND AS ORDERED BY THE COURT** |

<u>TO THE HONORABLE COURT AND THE HONORABLE CORMAC CARNEY, AND ALL PARTIES:</u>

This is a stay violation case. Plaintiffs, the Sanders', argue that there was a bankruptcy, Defendants Bank of America and PNC Bank, in spite of the Automatic Stay, foreclosed the Sanders' home at 2041 Iroquois, Tustin, CA 92782-8313 *and* Defendants Bank of America and Wells Fargo Bank foreclosed the Sanders' home at 1621 Kensing Lane Santa Ana, CA 92705-3074.

Submitted this 16th day of October 2017 at Santa Ana, California.

_____

Marshall Sanders, Plaintiff *pro se*

# PROOF OF SERVICE

BY PERSONAL DELIVERY OR ELECTRONIC MAIL OR U.S. MAIL (PRECISE METHOD INDICATED NEXT TO JUDGE OR PARTY OR COUNSEL)

I, the undersigned, state that I am a citizen of the United States, a resident of the County of Orange, State of California, and that I am over the age of eighteen (18) years and not a party to the within cause; and that my residence address is 1621 Kensing Lane, Santa Ana, California 92705-3074.

I am readily familiar with the mailing practice in my neighborhood for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of daily affairs, correspondence is deposited with the United States Postal Service the same day it is submitted for mailing. On October 16, 2017, I served a true copy of:

PLAINTIFFS' REPLY TO DEFENDANT PNC BANK'S AD HOMINEM ATTACK; REQUEST TO STRIKE ALL REQUESTS FOR JUDICIAL NOTICE BUT FOR THE FACT OF RECORDING, NOT FOR THE MATTERS ASSERTED; AND REQUEST FOR ENTRY OF A DEFAULT JUDGMENT AGAINST BANK OF AMERICA FOR FAILURE TO RESPOND AS ORDERED BY THE COURT

upon:

**Hon. Cormac Joseph Carney, 411 W. Fourth St., Courtroom 9B, 9th Floor, Santa Ana, CA 92701; cjc_chambers@cacd.uscourts.gov**

**Adam Frederick Summerfield, McGuire Woods LLP, 1800 Century Park East, 8th Fl., Los Angeles, CA 90067-1501; asummerfield@mcguirewoods.com (via electronic mail) and upon**

**Cathy Lynn Granger, Wolfe & Wyman, LLP, 2301 Dupont Drive, Suite 300, Irvine, CA 92612-7531; clgranger@wolfewyman.com (via electronic mail).**

[XX] By Electronic Mail -- serving the enclosed via e-mail transmission to each of the parties with an email address.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Santa Ana, California on October 16, 2017.

Starr Sanders